And in this course, we're going to discuss some of the barriers that we have in the education in this manner. The first one, of course, is the necessary and obvious barriers that we have in the education system. And that's only our efficiency, and that's what we focus on most of the day. And that's when we have the standards that the administration is oriented toward, or in this case, whatever, and ensuring that this procedure is run well. And this includes going forward about the vision and aim, which is the science of the system. But it's very efficient. And not only in this course, but especially after the procedure, we want to make sure that we have the people centered and have the standards in this manner. And then, of course, we want to make sure that we have the opportunity and the stability and the accuracy in this procedure. The procedure itself is always aimed at the teacher, which is the first thing that you want to do. You want to make sure that the students are in the right place. You want to make sure that the teachers are in the right place. And there is a barrier in the middle, which is the barrier to inclusion. Yes. I it is agreed that for some evaluation purposes this is actually a privacy guidance. Because it is the professional institution dealing with it. It is agreed that there is no self-sufficiency issues in this matter. The hearing transfers are not on the ceilings. And it is going to be watched. The vacation or the course has not been in place. And we are leaving it up to the position of the citizens to formulate what we think is reasonable. The problem is at the end of the day, the conclusion is that we are very far out of the table. This is a very simple problem. People should be able to come up with solutions. Right? If we are going to start to get the solution, we have to be able to come up with solutions. And I think that's a very positive thing to say. But I think also to say that there are some solutions. There should be solutions for these issues. And what is the authority, the proposal, and the activity of the duration? Yes.      You know, what I realized is that there are those desperate personas who know that they have readers in the program. Even though I'm going out and there are still many of them, I don't think I'm going out because of burdens, you know, we have a year of complaints, but I'm still going because of the burden. The burden isn't great, but I feel that it's okay because it can't get you into the core of the program very well and while you still see thousands of readers per week and you still see thousands and thousands of hours of awards coming out, it can't get you started in the wrong public discussion. The question is, what can we do to help you reach out to those who need it most? The question is, how do you address the huge law of burden issues? Well, I mean, it's one of those things that is so directly to the issue of the keys and rewards of 3-2-3-0-1-4-C, and we've been with this issue because of this very law. And while we're not even ruling on burden issues because of the changes we're having with immigration, we're motivated to change this situation. It's the... So, I'm not sure if you can answer this question. I'm sure you can answer this issue. But I can also state that one of the difficulties with this condition is that it may have been a more important reason and not solely this result of immigration. I'm not saying that it's a success story, but it's a decision on that. Well, I think that's also another great success story. Immigration continues to hold it has to be a substantive or procedural department. So, people may consider PGA to sign it as a conspirator that's been followed on it. That's not sufficient. So, I'm not really sure if there's enough time on immigration laws. The question is, how do you address this situation? And, you know, there's a second question. What does that mean procedurally? So, it's hard to tell. At that point, the agency should be remanded. The agency wasn't concerned about the news of the lease. It was a public settlement. I would point out, I believe, what you were talking about, that there are two separate additional charges. And they do indicate that they were completed. They were remanded and completed. I guess, you should also point out that the agency doesn't need to be involved in this sort of resubmission. Okay. Do you agree that what is proposed in the agency agreement is only considered a substantive issue? I think you'd know either way. You just actually pointed out that it's just a reconsideration of the luxury open. And then you can say they did reconsider it, they created the luxury open, and that's what I'm going to tell you, too. But there is some language in the earlier question decision. But it seems to me they don't want the agency to be discussed as an issue. Okay. Does anyone want to answer that? I don't know. Okay. I agree. It just doesn't matter. It's really not an issue. Right. At this point, how many are in? There's unambiguous support for signing a conditional remand file. But I don't know how many of you have actually heard about this process. I mean, we've been through a little bit of a problem in our office. So, how are you all in the same position of being able to communicate that we should accept the remand file? I mean, are there any of you out there that have seen this process before? Right. I mean, I think that there was a particularly clear outline, and, there's still the way back to the matter of size, which is actually in the census formation, but that one is contrary to matter of size. The PowerPoints that we draft are, I think, our part where you can just see the dot box, the sentence that we have, and also the sentences. The sentences are more tool-making. So, we have to say that we're doing this in a sentence. I think it's a good idea to change the first line of the sentence to a sentence that occurs. And what you have to make that most likely is that you're doing it in the G5. And this is the second sentence. I'm out of position. Are there any other questions? Any other questions? Thank you. Thank you very much. Great, thank you. Okay. Jeremy, if you can thank the technicians. We need the technicians in our science team, Jim and Angie. I think they said, John illuminated his seat, we don't have a position. Who do we want to see when we have? The science team, or people more, and we need the technicians on the science team. That's an issue of intervening decisions. I should point out that the IAEA mentioned that in their decision, or even in their report, the issue of whether or not it's a matter of child enforcement, intervening cases, none of that seems to pose that sort of issue. I should say, as a matter of child enforcement, it's not about that. It's a very different burden. We can't say that it's an intervening case, it seems to be a separate issue for the IAEA, which is that it may have an interceding force burden. That's what it is. And you can't just let it be an interceding force burden. It's trying to get opportunities for child enforcement. That's a very separate issue. Thank you. Thank you very much. Thank you, counsel. We are going to start. I'm going to get started in a second.
judges: Sack, McKeown, Friedland